**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TATE BRANCH and WES SHIELDS, | Civil Action No. 2:19-cv-01261-CCC-MF |
| Plaintiffs, | |
| v. | **ORDER GRANTING MOTION FOR DEFAULT JUDGMENT** |
| FORU HOLDINGS, INC., MYDOC JERSEY URGENT CARE LLC, LATITUDE THERAPEUTICS LLC, GIL PETER, and HAL BRUNSON, | Motion Date: July 15, 2019 |
| Defendants. | |

This cause comes before the Court on Plaintiffs Tate Branch's and Wes Shields' (collectively "Plaintiffs") Motion for Default Judgment. This Court has considered the Motion and all other relevant factors and it is hereby:

**ORDERED AND ADJUDGED** that Plaintiffs' Motion is **GRANTED**. Default Judgment is entered in favor of Plaintiffs and against Defendants ForU Holdings, Inc., MyDoc Jersey Urgent Care LLC and Gil Peter (collectively the "Default Defendants") as to all claims as follows:

1. The Default Defendants, as alter egos of one another, are jointly and severally liable for the damages to Plaintiffs.

2. The Default Defendants shall pay to Plaintiff Tate Branch a total of $350,000, plus applicable legal interest.

3. The Default Defendants shall pay to Plaintiff Wes Shields a total of $1,180,500, plus applicable legal interest.

**IT IS SO ORDERED.**

_____
United States District Judge Claire C. Cecchi

**Date:** August 15, 2019